Submitted February 5, 2016, affirmed May 24, petition for review denied August 24, 2017 (361 Or 803)

## STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

## JULIE GAIL MARTIN,
*Defendant-Appellant.*

Washington County Circuit Court
C130336CR; A158425

395 P3d 65

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Anna Melichar, Deputy Public Defender, Office of Public Defense Services, filed the Section A brief for appellant. Julie G. Martin filed the Section B brief *pro se*.

Ellen F. Rosenblum, Attorney General, Paul L. Smith, Deputy Solicitor General, and Michael S. Shin, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Lagesen, Judge, and Garrett, Judge.

**PER CURIAM**

Defendant appeals after she was removed from drug court and sentenced to 36 months' incarceration. We write only to note that, to the extent that her appeal challenges the sentence imposed by the court, the claim is not reviewable under ORS 138.222(2)(d). *See State v. Silsby*, 282 Or App 104, 386 P3d 172 (2016), *rev den*, 360 Or 752 (2017). We reject without discussion defendant's remaining arguments.

Affirmed.